CLOSED

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Adrian Garza-Noriega**

Citizen of Mexico

USM#: 64808008        DOB: 1968

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10663-001M-SD

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A73 828 749

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/17/2007 to Count THREE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count THREE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIX (6) MONTHS on Count THREE, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted        **FINE:** $        **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count THREE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Case 5:07-po-10663-JRI   Document 1   Filed 10/17/2007   Page 2 of 5

07-10663-001M-SD                                                              Page 2 of 2
USA vs. Adrian Garza-Noriega

Date of Imposition of Sentence: **Wednesday, October 17, 2007**

_____ Date 10/17/2007_____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____            By:_____
United States Marshal                                          Deputy Marshal
07-10663-001M-SD -

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　　　MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 10/17/2007　　　　CASE NUMBER: 07-10663-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Adrian Garza-Noriega

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK
U.S. Attorney _____  INTERPRETER REQ'D: Ricardo Gonzalez
　　　　　　　　　　　　　　　　　　　　　　　　　LANGUAGE: Spanish
Attorney for Defendant: Juan Rocha (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 10/15/07　　　　☐ Complaint Filed　　　　☒ Appointment of counsel hearing held
☐ Financial Afdvt taken　　☒ No Financial Afdvt taken　　☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**　　☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:　before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**　　☒ Held  ☐ Cont'd  ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts THREE
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) THREE of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE/TWO
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 6 Months  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: Defendant initialed 10/17/07 due to medical status.

RECORDED: CS
BY: Jocelyn M. Arviso, Deputy Clerk

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Adrian GARZA-Noriega
Citizen of Mexico
YOB: 1968
A73 828 749
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07- 10663M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about April 11, 2007, Defendant Adrian GARZA-Noriega was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about October 15, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

COUNT II

That on or about October 15, 2007, within the Southern District of California, Defendant Adrian GARZA-Noriega, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers and elude examination or inspection by Immigration Officers; in violation of Title 8, United States Code, Section 1325, in that the Defendant was previously convicted for violation of Title 8, United States Code, Section 1325, on April 01, 1999 (Felony).

COUNT III

That on or about October 15, 2007, within the Southern District of California, Defendant Adrian GARZA-Noriega, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_____
Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

October 16, 2007                          at        Yuma, Arizona
Date                                                 City and State

Jay R. Irwin, U.S. Magistrate                    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Adrian GARZA-Noriega

Dependents: 2 USC

**IMMIGRATION HISTORY:** The Defendant was last removed through San Ysidro, California on April 11, 2007. The Defendant has been apprehended five (5) times previously by the Border Patrol, and has been formally removed five (5) times from the United States.

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 2/01/96 | San Jose, CA | Sell Furnish Etc Marijuana | 4 Mos Jail, 3 Yrs Probation |
| 2/28/97 | Los Angeles, CA | Disorderly Cndct Prostitutio | Probation Reinstated |
| 4/29/98 | Los Angeles, CA | Disorderly Cndct Prostitutio | 45 Days Jail, 36 Mos Prob |
| 10/25/98 | Los Angeles, CA | Battery | Convicted-Prob/Jail |
| 2/11/99 | Los Angeles, CA | Possess Narcotic Cntl Sub | Convicted-Prob/Jail |
| 4/01/99 | Yuma, AZ | Illegal Entry | 6 Months Jail |
| 9/11/00 | Chicago, IL | Battery | No Dispo |
| 11/28/00 | Chicago, IL | Criminal Trespass | No Dispo |
| 2/04/01 | Chicago, IL | Aggravated Assault | No Dispo |
| 10/31/06 | Wasco, CA | Possess Narcotic Cntl Sub | 16 Months Prison |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on October 15, 2007.

Charges: 8 USC§1326    (Felony)
8 USC§1325    (Felony)
8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 16, 2007
_____
Date    Signature of Judicial Officer